JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT W. BACA ) <br> ) <br> **Plaintiff(s),** ) <br> ) <br> v. ) <br> ) <br> ) <br> MCDONALDS, ET AL. ) <br> ) <br> **Defendant(s).** ) <br> ) <br> _____ ) | CASE NO. SA CV11-0284-DOC(JCx) <br><br> **ORDER OF DISMISSAL FOR LACK OF PROSECUTION** |

The Court, having issued an Order to Show Cause on November 8, 2011as to why this action should not be dismissed for lack of prosecution, with a written response due on November 22, 2011, and no response having been filed with the Court,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: December 8, 2011

_____
DAVID O. CARTER
United States District Judge